# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SHERRY LEVY**                                                                                  **PLAINTIFF**

V.                       **CASE NO. 3:15CV00043-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Sherry Levy's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 27th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE